UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRIETTA PLATT,

        Plaintiff,                        Case Number: 09-10886

v.                                             HONORABLE AVERN COHN

UNIVERSITY OF MICHIGAN,,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. No. 23, 24)
## AND
## GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT (Doc. No. 11)
## AND
## DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT BY APRIL 30, 2010

I.

This is an employment discrimination case. Plaintiff is proceeding pro se. The matter has been referred to a magistrate judge for all pre-trial proceedings. Plaintiff has sued the University of Michigan and several individuals, who are employees of the University of Michigan, making various claims of discrimination. Defendants filed a motion to dismiss or for summary judgment on several grounds. The magistrate judge, in a comprehensive report and recommendation (MJRR), recommends that the motion be granted in part and denied in part and that plaintiff be directed to file an amended complaint consistent with the MJRR.

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985). However, the Court has reviewed the MJRR and agrees with the magistrate judge.

III.

Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. Defendants' motion to dismiss or for summary judgment is GRANTED IN PART AND DENIED IN PART.

Plaintiff shall file an amended complaint by April 30, 2010 consistent with the MJRR.

SO ORDERED.


Dated: March 31, 2010      S/Avern Cohn
                           AVERN COHN
                           UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to Henrietta Platt, P O Box 2393, Ann Arbor, MI 48106 and the attorneys of record on this date, March 31, 2010, by electronic and/or ordinary mail.

                           S/Julie Owens
                           Case Manager, (313) 234-5160